UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Marc Amouri Bakambia,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Paul Schnell; Guy Bosch; Victor Wanchena; Louis Shicker; Darryl Robert Quiram; Brent Plackner; Tammy Lisowy;, et al. in their individual and official capacities,<br><br>　　　　Defendants. | Civil No.:  20-CV-01434 (NEB/KMM)<br><br><br>**MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS LOUIS SHICKER, M.D., DARRYL ROBERT QUIRAM, M.D., AND BRENT PLACKNER, P.A.** |

　　　Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Louis Shicker, M.D., Darryl Robert Quiram, M.D., and Brent Plackner, P.A. ("Centurion Defendants") hereby move this Court for an order granting summary judgment and dismissing Plaintiff's claims against them.

　　　This Motion is based on the files, records, and pleadings herein, together with the Memorandum of Law. This Motion may be decided on the papers without a hearing, unless the Court determines otherwise.

Date:  June 14, 2021               **LARSON • KING, LLP**

                                    By: *s/ Anthony J. Novak*
                                            Mark A. Solheim (213226)
                                            Anthony J. Novak (351106)
                                            Monica Detert (397434)
                                    2800 Wells Fargo Place
                                    30 E. Seventh Street
                                    St. Paul, MN  55101
                                    Tel:  (651) 312-6500 / Fax:  (651) 312-6618
                                    msolheim@larsonking.com
                                    tnovak@larsonking.com
                                    mdetert@larsonking.com

                                    **Attorneys for Louis Shicker, M.D., Darryl Quiram, M.D., and Brent Plackner**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of June, 2021, I served a copy of the foregoing, *via* U.S. Mail, on the following individual:

Marc Amouri Bakambia
OID # 248643
MCF-Stillwater
970 Pickett Street N.
Bayport, MN  55003

Plaintiff *Pro Se*

                                    */s/ Anthony J. Novak*
                                      Anthony J. Novak