UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARC AMOURI BAKAMBIA,  No. 20-cv-1434 (NEB/KMM)

    Plaintiff,

v.  **ORDER**

PAUL SCHNELL, et al.,

    Defendants.

This matter is before the Court on Mr. Bakambia's recent motion, which was docketed by the Clerk on November 22, 2021 (hereafter "November 22nd Motion"). [ECF No. 334]. As explained in this Order, the November 22nd Motion is granted in part and denied in part.

First, Mr. Bakambia asks that certain documents be unsealed. Specifically, he requests that the documents at docket entries 321, 326, and 328 be unsealed. Respectively, these documents are (1) the Centurion Defendants' memorandum in opposition to Mr. Bakambia's second motion for an emergency injunction; (2) the DOC Defendants' memorandum in opposition to Mr. Bakambia's second motion for an emergency injunction; and (3) the Declaration of Kathy Reid filed by the DOC Defendants in support of their opposition memorandum. The Defendants filed these documents under seal because they discuss or consist of Mr. Bakambia's medical records. However, Mr. Bakambia expressly disavows his interest in maintaining the confidentiality of the matters addressed in these filings. Because Mr. Bakambia does not assert any confidentiality interest regarding his own medical information and because that medical information is directly at issue in connection

1

with his request for injunctive relief, the Court finds that continued sealing of these documents is unnecessary. Accordingly, Mr. Bakambia's November 22nd Motion is granted to the extent he asks for these documents to be unsealed and **the Clerk of Court is directed to unseal the documents at docket entries 321, 326, and 328**.

In addition, Mr. Bakambia seeks leave of the Court to file and serve a declaration and copies of medical providers' notes, which he has attached to his motion. Because Mr. Bakambia's November 22nd Motion attaches these documents and they have all been docketed by the Clerk of Court, they have already been filed and served on the Defendants and are part of the record. [ECF No. 334-1; ECF No. 334-2]. Therefore, Mr. Bakambia does not need to obtain the leave he requests, and the November 22nd Motion is denied in part as moot with respect to this issue.

**IT IS SO ORDERED.**

Date: November 29, 2021

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge