# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MARC AMOURI BAKAMBIA, | Case No. 20-CV-1434 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| PAUL P. SCHNELL, et al., | |
| Defendants. | |

The Court has received the November 19, 2021 Report and Recommendation of United States Magistrate Judge Katherine Menendez. (ECF No. 333.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 333) is ACCEPTED; and

2. Plaintiff's Second Motion for Emergency Injunction and an Order to Show Cause (ECF No. 313) is DENIED.

Dated: January 3, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge